**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
April 11, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **EDWARD LIONEL BLAKE** § § § | |
| *Petitioner*, § § | |
| v. § § | Civil Action No. 3:05-cv-2519-R |
| **DAN JOSLIN, Warden** § § § | |
| *Respondent*. § | |

## ORDER

United States Magistrate Judge William Sanderson, Jr. filed Findings, Conclusions and a Recommendation in this case on February 23, 2006. Petitioner, Edward Lionel Blake, filed objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge on February 28, 2006. Petitioner objections to the Magistrate Judge's conclusion that he has not satisfied the "savings clause test" under 28 U.S.C. §2255, which, in turn, would permit him to seek relief under 28 U.S.C. §2241.

After reviewing Magistrate Judge Sanderson's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) along with Petitioner's objections to those findings, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are hereby **ADOPTED** as the findings of this Court. Petitioner's objections are hereby **OVERRULED** in their entirety.

**IT IS SO ORDERED**

**ENTERED: April 11, 2006**

_____
**HON. JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**